**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |  | |
|---|---|---|---|
| DR. ROBERT GERBER, | ) | | |
| | ) | | |
| Plaintiff, | ) | 2021-cv-6394 | |
| | ) | | |
| v. | ) | Judge Andrea R. Wood | |
| | ) | | |
| MEDCUBICS, INC. | ) | | |
| and JOHN DOES 1-10, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dr. Robert Gerber hereby voluntarily dismisses the claims against Defendants Medicubics, Inc. and John Does 1-10, without prejudice. This voluntary dismissal will dispose of all claims against all parties.

                                                                          Respectfully submitted,

                                                                          */s/ Dulijaza Clark*
                                                                          Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
**EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on March 9th, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF System. I further certify that on this date, I will cause to be served a true and accurate copy of the foregoing documents via US Mail upon Defendant at the address it was served:

Medcubics Inc.
19 West 34 Street, Suite 1018
New York, NY 10001

                                              */s/ Dulijaza Clark*
                                              Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com